**Opinion filed June 14, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00178-CV

_____

## RNJRV ENTERPRISES, LLC D/B/A STAYBRIDGE SUITES, Appellant

## V.

## SUN CITY WINNELSON CO., Appellee

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-16-12-1193-CV**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. According to the motion, the parties have entered into "a settlement agreement disposing of all matters in controversy between RNJRV and Sun City." In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

June 14, 2018                                                         PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.